# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

BRANDY LEE SCHULTZ
SCOTT DANIEL SCHULTZ

Debtor(s)

In Chapter 13 Proceeding
No. 19-40034-MJH

Order Allowing Debtors to Incur New Debt

It is hereby ORDERED that Debtor(s) may take out a loan against their retirement in an amount up to $18,000.00 in order to make home repairs and purchase a refrigerator.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
Ellen A. Brown, WSB 27992
Attorney(s) for Debtor(s)